# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Randy Lee Wright,

        Petitioner,    :    Case No. 3:09-cv-306

- vs -    :    District Judge Walter Herbert Rice
    Magistrate Judge Michael R. Merz

State of Ohio, et al.,    :

        Respondent.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition is DISMISSED without prejudice for failure to exhaust available state court remedies.

September 17, 2009.

                                            Walter Herbert Rice
                                            United States District Judge